IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MATTHEW GOMBERG | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| AN ORIGINAL SOFT PRETZEL FACTORY, INC. | : | |
| | : | NO. 24-6599 |

## ORDER

**AND NOW,** this 15th day of April 2025, it is **ORDERED** that the above action is DISMISSED with prejudice for lack of prosecution[1].

BY THE COURT:

GAIL A. WEILHEIMER    J.

---

[1] The Defendant failed to answer the Complaint and Plaintiff has failed to enter a filing seeking default judgment as is their right in accordance with F.R.C.P. 55. A Stipulation and Order Extending Time to Answer (DKT # 10) extended the time to answer until March 26, 2025. On April 4, 2025 a Notice (DKT #11) was docketed advising the parties that if the Defendant failed to answer or Plaintiff failed to request for Default Judgment by April 11, 2025 the Court may enter an order dismissing the case against Defendant for lack of prosecution.