UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

MATTHEW GOMBERG, on behalf of himself :
and all others similarly situated :
:
Plaintiff, :
: CIVIL ACTION NO. 2:24-cv-6599
v. :
:
AN ORIGINAL SOFT PRETZEL FACTORY, INC. :
:
Defendant. :

## JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Matthew Gomberg ("Gomberg") and Defendant An Original Soft Pretzel Factory, Inc. (collectively, the Parties"), hereby stipulate and jointly request that this Court enter a dismissal with prejudice of Gomberg's Complaint in the above-entitled action, in its entirety.

Dated: April 16, 2025

GLANZBERG TOBIA LAW, P.C.

By: /s/ David S. Glanzberg, Esq.
123 S. Broad Street, Suite 1640
Philadelphia, PA 19109
David.Glanzberg@gtlawpc.com
Attorney for Plaintiff

LYDECKER
By:/s/ Michael Poreda, Esq.
Michael Poreda, Esquire
1650 Market Street, Ste 3600
Philadelphia, PA 19103
mporeda@lydecker.com
Attorney for Defendant



Gail Weilheimer J.